NOT FOR PUBLICATION (Doc. No. 7)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CAPITAL PIZZA HUTS, INC., : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 11- 3872 (RBK/AMD) |
| v. : | |
| : | **ORDER** |
| ENJOY THE CITY NORTH, INC. d/b/a : | |
| SAVE AROUND, : | |
| : | |
| Defendant. : | |
| : | |

  **THIS MATTER** having come before the Court pursuant to the motion by Defendant Enjoy the City North ("Defendant"): 1) to dismiss Plaintiff Capital Pizza Huts, Inc.'s ("Plaintiff's") Complaint based on enforcement of a forum selection clause pursuant to Federal Rule of Civil Procedure 12(b)(6); 2) to dismiss Plaintiff's claims sounding in fraud for failure to meet the heightened pleading requirements of Federal Rule of Civil Procedure 9(b); and 3) to dismiss Plaintiff's prayer for attorney's fees; and the Court having considered the parties' submissions;

  **IT IS HEREBY ORDERED** that, for the reasons stated in the Court's accompanying Opinion, the Court **GRANTS** Defendant's Motion to Dismiss based on enforcement of a forum selection clause and **DENIES** Defendant's alternative grounds for its Motion to Dismiss;

  **IT IS HEREBY FURTHER ORDERED** that the Plaintiff's Complaint in this matter is dismissed; and the Clerk is directed to close the file.

Dated:  9/23/11                  /s/ Robert B. Kugler
                                  ROBERT B. KUGLER
                                  United States District Judge